# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**TYRONE ELLIS**
**ADC #149250**                                                   **PLAINTIFF**

v.                      **No. 5:16-cv-178-DPM**

**BRETT BUTLER, Doctor,**
**Correct Care Solutions**                                **DEFENDANT**

## ORDER

On *de novo* review, the Court adopts the recommendation, № 41, and overrules Ellis's objections, № 42. FED. R. CIV. P. 72(b)(3). Motion for summary judgment, № 33, granted. Ellis's complaint will be dismissed with prejudice. Motion to correct docket, № 43, denied as moot.

So Ordered.

*NPMarshall J.*
D.P. Marshall Jr.
United States District Judge

8 June 2017