# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TYRONE ELLIS
ADC #149250                                                              PLAINTIFF

v.                          No. 5:16-cv-178-DPM

BRETT BUTLER, Doctor,
Correct Care Solutions                                                   DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 June 2017